## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## CHAY MICHAEL-FRANCIS DREXLER

I, James Caliendo, being first duly sworn, depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am a sworn officer of the United States Secret Service ("USSS").

2. This affidavit is based, in part, on my personal observations, information provided to me by other officers and agents of the USSS, other members of law enforcement, and witnesses, and it includes other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for a criminal complaint and arrest warrant.

## PURPOSE OF AFFIDAVIT

3. This affidavit is in support of a criminal complaint charging **CHAY MICHAEL-FRANCIS DREXLER** ("Drexler") with Attempting to Obstruct a Foreign Official in the performance of his official duties in violation of 18 U.S.C. §112(b) and Resisting or Interfering with USSS Protective Functions in violation of 18 U.S.C. §3056(d).

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

4. On or about April 16, 2019, at approximately 7:00 p.m., the undersigned affiant assisted U.S. Secret Service Dignitary Protective Division with a motorcade movement at 1155 15th Street, NW, Washington, D.C. for the President of Ecuador. The President of Ecuador was visiting Washington as part of an official delegation.

5. A group of approximately 10 protestors were demonstrating with signs and banners on the sidewalk immediately adjacent to the parking garage entrance where the motorcade was staged. I observed a male subject, later identified as Drexler standing amongst the protestors holding a large banner approximately three (3) feet by four (4) feet which displayed statements regarding Julian Assange. Specifically the sign displayed a photograph of Julian Assange with an American flag covering his mouth and the words HANDS OFF ASSANGE, justice4assange.com, DON'T SHOOT THE MESSENGER.

6. Prior to the departure of the motorcade, U.S. Secret Service and Metropolitan Police Officer (MPD) shut down vehicle and pedestrian traffic on the sidewalk and street immediately surrounding the parking garage where the motorcade was exiting. While the motorcade was exiting the parking garage of the location, Drexler crossed the USSS

protective line and ran towards the motorcade, yelled out, "Fuck You" and threw the banner he was holding onto the front windshield of the motorcade vehicle. After Drexler threw the banner, he continued moving toward the motorcade at which time an MPD officer and I intercepted Drexler from further advancement towards the motorcade. While detaining Drexler a raw egg from his person splattered on the MPD officer and the ground. Drexler was placed under arrest, a search incident to arrest revealed three (3) other eggs.

## CONCLUSION

Based on the abovementioned facts, I submit there is probable cause to believe that on or about April 16, 2019 **CHAY MICHAEL-FRANCIS DREXLER** willfully Attempted to Obstruct a Foreign Official in the performance of his official duties in violation of 18 U.S.C. §112(b) and Resisted or Interfered with USSS Protective Functions in violation of 18 U.S.C. §3056(d).

_____
James Caliendo, Officer
United States Secret Service

Subscribed and sworn before me this _____ day of April, 2019.

_____
Hon. Deborah A. Robinson
United States Magistrate Judge